FILED

2003 NOV -5 P 2:46

US DISTRICT
BRIDGEPORT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL HARTSOCK | : | PRISONER |
| | : | NO. 3:03CV735(JCH)(HBF) |
| VS. | : | |
| | : | |
| JOHN ARMSTRONG, ET AL. | : | NOVEMBER 4, 2003 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

**PLEASE ENTER MY APPEARANCE** for defendants John Armstrong and Brian Murphy in their official and individual capacity. Please also enter my appearance for defendants Larry Myers and Hector Rodriguez in their official capacity only.

Dated at Hartford, Connecticut, this 4th day of November, 2003.

DEFENDANTS,
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Richard T. Couture
Assistant Attorney General
No. ct05480
110 Sherman Street
Hartford, CT 06105
Tel. No.: (860) 808-5450
Fax No.: (860) 808-5591
E-Mail: richard.couture@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 4th day of November, 2003:

Michael Hartsock, Inmate No. 128651
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

_____
Richard T. Couture
Assistant Attorney General