FILED

2003 DEC 10 P 12: 04

UNITED STATES DISTRICT COURT<br>DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL HARTSOCK | : | PRISONER<br>CIVIL NO. 3:03CV735 (JCH)(HBF) |
| V. | : | |
| JOHN ARMSTRONG, ET AL. | : | DECEMBER 8, 2003 |

**APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE ENTER MY APPEARANCE** for defendants Larry Myers and Hector Rodriguez in their individual capacity. This appearance is in addition to the appearance of the undersigned already on file.

Dated at Hartford, Connecticut, this 8th day of December, 2003.

> DEFENDANTS
> John Armstrong, et al.
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> BY: _____
> Richard T. Couture
> Assistant Attorney General
> 110 Sherman Street
> Hartford, CT 06105
> Tel: (860) 808-5450
> E-Mail: richard.couture@po.state.ct.us
> Federal Bar #ct05480

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 8th day of December, 2003, to:

    Michael Hartsock, Inmate No. 128651
    Cheshire Correctional Institution
    900 Highland Avenue
    Cheshire, CT 06410

                                        Richard T. Couture
                                        Assistant Attorney General