United States District Court
District of Connecticut

Michael Hartsock | Prisoner
                 | Civil No. 3:03 CV 735
       V.        | (JCH) (HBF)

John Armstrong, ET AL | Date: December 15, 2003

Motion for Appointment of Counsel

Plaintiff Michael Hartsock, pursuant to 42 USC §1915, requests this court to appoint counsel to represent him in this case for the following reasons.

1.) Plaintiff is not able to afford counsel, see the motion to proceed in forma pauperis and affidavit in support filed with the court.

2.) The issues involved in this case are complex legal and medical issues which will take expert testimony which the plaintiff does not have the education or training to understand.

3.) The issues involved in this case will require investigation which the plaintiff cannot do while confined in prison.

4.) The plaintiff is a High Security Prisoner

Page 1 of 5

who is severely limited to the hours he can have access to the Law Library and the Law Meterials contained there are very limited.

5.) Plaintiff has a very limited Knowledge of the Law.

6.) The end of justice would best be served in this case if an attorney was appointed to represent the Plaintiff.

7.) Plaintiff has written to no less then fifty Attorneys from the PRO-BONO list provided by this court. Plaintiff has had five sent back, marked Address unknown, also plaintiff has been denied representation by the following Attorneys.

① Robinson + Cole
280 Trumbull St
Hartford, Conn
06103-3597

② Frank J. Riccio
P.O. Box 491
Bridgeport, Conn
06610-0491

③ Howd + Ludorf
65 Wethersfield Ave
Hartford, Conn
06114-1190

④ Beck + Eldergill
447 Center Street
Manchester, Conn
06040

⑤ Charles D. O'Hare, JR
2145 North Ave
Bridgeport, Conn
    06604-2495

⑥ Lynch, Traub, Keefe
and Errante
52 Trumbull St
New Haven, Conn
    06506-1612

⑦ Koskoff, Koskoff +
Bieder
350 Fairfield Ave
Bridgeport, Conn
    06604

⑧ C C L U
32 Grand St
Hartford, Conn
    06106

⑨ The Pellegrino Law Firm
475 Whitney Ave
P.O. Box 1835
New Haven, Conn
    06508-1835

⑩ Durant, Nichols,
Houston, Hodgson +
Cortese-Costa
1057 Broad St
Bridgeport, Conn
    06604-4219

⑪ Evans, Feldman + Boyer
861 Bradly St
P.O. Box 1694
New Haven, Conn
    06507-1694

⑫ Brenner, Saltzman
+ Wallman
271 Whitney Ave
New Haven, Conn
    06511

(13) Stuart G. Blackburn
P.O. Box 608
Windsor Locks, Conn
06096-0608

(14) Emmett + Glander
45 Franklin St
Stamford, Conn
06901

(15) Cannatelli Law Offices
349 Howe Ave, Suite B
Shelton, Conn
06484

(16) Kelly Deye + Warren
Two Stamford Plaze
281 Tresser Boulevard
Stamford, Conn
06901-3289

(17) Paul R. Kraus
129 Church St Suite 518
New Haven, Conn
06510

The other 30 or so Attorneys the plaintiff wrote to from the PRO-BONO list this court provided failed and/or refused to answer plaintiff's request for legal assistance.

For all the fore going reasons the plaintiff humblely begs this court to appoint the plaintiff counsel in this matter before the court.

Respectfully Submitted

Michael Hartsock

Michael Hartsock #128651
Cheshire CI, NB-3
900 Highland Ave
Cheshire, Conn 06410

Certification

This is to certifie That a copy of The
foregoing was mailed This 15th day
of December 2003 To Richard T. Couture
Assistant Attorney General, 110 Sherman Street,
Hartford, Conn, 06105

Michael Hartsock

Michael Hartsock #128651
Pro Se.

Page 5 of 5