United States District Court
District of Connecticut

| Michael Hartsoch | Prisoner |
| --- | --- |
| v. | Civil No 3:03 CV 735 (JCH)(HBF) |
| John Armstrong, et al. | Date: December 15, 2003 |

### Plaintiff answer to Defendants Affirmative Defenses

1. The Eleventh Amendment does not bar money damages against defendants in their individual capacity, and each defendant is being sued in their Individual and official Capacity.

2. There is absolutely no alleged malpractice and/or negligence. The complaint alleges only deliberate indifference to a known and serious medical illness, and Cruel and Unusual Punishment.

3. The complaint clearly and distinctly sets forth claims which relief maybe granted.

4. Whether the defendants believe they violated the plaintiffs constitutional rights should have no effect. The plaintiff clearly believes he has established

The violation of constitutional rights.

5.) Each defendant should be aware of his dutys as obligated by state statute and/or the Constitution.

6.) The Court does not lack jurisdiction over John and/or Jane Doe defendants. The Plaintiff was not aware of their names at the filing date.

7. The plaintiff is not sure about the statute of limitations concerning Larry Myers, and was not aware of the seriousness of his medical condition because no one in the Connectionail medical care would tell him. Plaintiff leaves that to the Courts discretion.

*Michael Hartsock*
Michael Hartsock
Cheshire CI, NB-3
900 Highland Ave
Cheshire

## Certification

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 15th day of December 2003 to Richard T. Couture, Assistance Attorney General, MacKenzie Hall, 110 Sherman Street, Hartford, Conn 06105-2294.

Michael Hartsoch
Michael Hartsoch #128651
Cheshire CI, NB-3
900 Highland Ave
Cheshire, Conn 06410