UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL HARTSOCK | : | |
| | : | PRISONER |
| v. | : | Case No. 3:03CV735(JCH)(HBF) |
| | : | |
| JOHN ARMSTRONG, et al. | : | |

RULING AND ORDER

Plaintiff has filed motions seeking appointment of pro bono counsel in this action pursuant to 28 U.S.C. § 1915 as well as leave to amend his complaint.

The court first considers plaintiff's motion for appointment of counsel. The Second Circuit repeatedly has cautioned the district courts against the routine appointment of counsel. See, e.g., Hendricks v. Coughlin, 114 F.3d 390, 393 (2d Cir. 1997); Cooper v. A. Sargenti Co., 877 F. 2d 170, 172 (2d Cir. 1989). The Second Circuit has made clear that before an appointment is even considered, the indigent person must demonstrate that he is unable to obtain counsel. Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986), cert. denied, 502 U.S. 996 (1991).

In his motion, plaintiff identifies many law firms that declined representation. He has not, however, contacted Inmates' Legal Assistance Program. Thus, the court cannot conclude that

plaintiff is unable to obtain legal assistance on his own.

Accordingly, plaintiff's motion for appointment of counsel [**doc. #14**] is **DENIED** without prejudice.  Plaintiff should contact Inmates' Legal Assistance Program for legal assistance with this case.  Any future motion for appointment of counsel shall indicate why the assistance available from Inmates' Legal Assistance Program is inadequate at this stage of litigation.

Plaintiff also has filed a motion for leave to amend his complaint.  A plaintiff may amend his complaint once as of right before the defendants respond to the complaint.  <u>See</u> Fed. R. Civ. P. 15(a).  Plaintiff's motion is dated September 8, 2003, three months before the defendants filed their answer.  Thus, plaintiff was not required to seek leave of court at the time he submitted his amended complaint.  Accordingly, plaintiff's motion [**doc. #6**] is **GRANTED.**

To enable the U.S. Marshal to effect service of the amended complaint on the newly added defendants, plaintiff is directed to complete the enclosed Marshal service forms.  Plaintiff should complete one form for each of the following defendants using his or her current work address: Jack Tokarz, Dr. Edward Blanchette, Patricia Ottolini, Dr. Dieckhaus, Dr. Jack Maleh, P. Pace, Pamela Shea and Pat Wollenhaupt.  In addition, plaintiff shall complete one form for defendants Tokarz, Blanchette, Ottolini, Dieckhaus, Maleh, Pace, Shea and Wollenhaupt c/o Attorney General.  The

2

address for the Attorney General is 55 Elm Street, Hartford, CT 06106.

Plaintiff shall complete and return to the court the enclosed service forms and two sets of notice of lawsuit and waiver of service of summons forms for each defendant, Tokarz, Blanchette, Ottolini, Dieckhaus, Maleh, Pace, Shea and Wollenhaupt, within **twenty** days of the date of this order. Plaintiff is cautioned that failure to return the forms and copies in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT  06604, may result in the dismissal of this case without prejudice and without further notice from this court.

Upon receipt of the forms, the Clerk is directed to forward the appropriate papers to the U.S. Marshal.  The U.S. Marshal is directed to serve the amended complaint on defendants Tokarz, Blanchette, Ottolini, Dieckhaus, Maleh, Pace, Shea and Wollenhaupt in their individual and official capacities and to file returns of service within **sixty (60)** days from the date the service packets are delivered to the U.S. Marshal.

Each defendant, Tokarz, Blanchette, Ottolini, Dieckhaus, Maleh, Pace, Shea and Wollenhaupt, is hereby ordered to appear in his or her individual capacity within **sixty (60)** days from the date he or she signs a waiver of service of summons and in his or her official capacity within **thirty (30)** days from the date of

3

service.

     **SO ORDERED.**

     Entered this 22 day of January 2004, at Bridgeport,

Connecticut.

                       /s/_____
                       HOLLY B. FITZSIMMONS
                       UNITED STATES MAGISTRATE JUDGE