## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  | PRISONER |
| --- | --- | --- |
| MICHAEL HARTSOCK | : | CIVIL NO. 3:03CV735 (JCH)(HBF) |
| v. | : |  |
| JOHN ARMSTRONG, ET AL. | : | JULY 28, 2004 |

### MOTION FOR MODIFICATION OF SCHEDULING ORDER

The defendants move that the scheduling order entered on December 18, 2003 be modified to allow any motion for summary judgment to be filed on or before January 15, 2005. In support of this motion, the defendants represent the following:

1.      The plaintiff has filed an amended complaint naming several additional defendants.

2.      On June 16, 2004, the Court ordered that Notice of the Lawsuit be served on all of the defendants named in the amended complaint and that waivers of service be returned by August 16, 2004.

3.      Undersigned counsel is not aware of anyone who has received a copy of the amended complaint as of this date.

4.      Following service of the amended complaint, additional parties will have to be interviewed in order to prepare an answer or other responsive pleading.

5.      In view of the filing of the amended complaint and the addition of several new defendants, additional time will be needed to prepare and file a motion for summary judgment addressed to the amended complaint.

6.     Because this is a <u>pro se</u> action involving a prison inmate, undersigned counsel has not conferred with the plaintiff to determine his position regarding this request.

**WHEREFORE**, the defendants respectfully request a modification of the scheduling order to allow for the filing of summary judgment motions on or before January 15, 2005.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05480
E-Mail:  richard.couture@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

**<u>CERTIFICATION</u>**

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid, this 28th day of July, 2004, to:

Michael Hartsock, Inmate No. 128651
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

_____/s/_____
Richard T. Couture
Assistant Attorney General