UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL HARTSOCK | : | |
| | : | PRISONER |
| v. | : | Case No. 3:03CV735(JCH)(HBF) |
| | : | |
| JOHN ARMSTRONG, et al. | : | |

RULING AND ORDER

In light of plaintiff's amended complaint, defendants' seek an extension of time until January 15, 2005, to file a motion for summary judgment in this case. Defendants' motion [**doc. #20**] is **GRANTED**.

**SO ORDERED.**

Entered this 6th day of August, 2004, at Bridgeport, Connecticut.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE