## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
|  |  | PRISONER |
| MICHAEL HARTSOCK | : | CIVIL NO. 3:03CV735 (JCH)(HBF) |
|  |  |  |
| V. | : |  |
|  |  |  |
| JOHN ARMSTRONG, ET AL. | : | AUGUST 27, 2004 |

### APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for all defendants in this matter in their individual and official capacity except for Dr. Jack Maleh who retired from the Department of Correction several months ago and died on August 5, 2004.

Dated at Hartford, Connecticut, this 27th day of August, 2004.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:_____/s/_____
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Tel.:  (860) 808-5450
Fax:  (860) 808-5591
E-Mail:  richard.couture@po.state.ct.us
Federal Bar #ct05480

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid,

this 27th day of August, 2004:

Michael Hartsock, Inmate No. 128651
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410



_____/s/_____
Richard T. Couture
Assistant Attorney General