## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
|  |  | PRISONER |
| MICHAEL HARTSOCK | : | CIVIL NO. 3:03CV735 (JCH)(HBF) |
| v. | : |  |
| JOHN ARMSTRONG, ET AL. | : | DECEMBER 22, 2004 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants respectfully move for summary judgment in their favor for the reason that there are no genuine issues as to any material fact and the defendants are entitled to judgment as a matter of law. The undisputed material facts show the following:

1. To the extent that this action may be deemed to include a claim for money damages against the defendants in their official capacity, any such claim is barred by the Eleventh Amendment to the United States Constitution.

2. Defendant Jack Maleh, M.D., was never served with notice of this action prior to his death. The Court has no personal jurisdiction over Dr. Maleh.

3. This action is barred by the applicable statute of limitations as to defendants Larry Myers and Patricia Wollenhaupt.

4. The defendants did not violate any constitutional rights of the plaintiff.

5. The defendants are entitled to qualified immunity in that their conduct did not violate any clearly established constitutional rights.

6. To the extent that this suit is based upon alleged violations of state law (Conn. Gen. Stat. § 19a-103), such a suit contravenes the Eleventh Amendment. Conn. Gen. Stat. § 19a-

103 does not specifically authorize suit against anyone and there is no basis for the exercise of supplemental jurisdiction over the plaintiff's state law claim.

In support of this matter, the defendants have filed herewith:

(a)     Affidavit of Edward Blanchette, M.D., with attached exhibits A through R;

(b)     Affidavit of Kevin Dieckhaus, M.D., with attached exhibits A through D;

(c)     Affidavit of Patricia Ottolini, with attached exhibits A through C;

(d)     Affidavit of Patricia Wollenhaupt, with attached exhibit A;

(e)     Affidavit of Lynn Milling, with attached exhibit A;

(f)     Affidavit of Kathleen Garner;

(g)     Affidavit of Brian Murphy;

(h)     Local Rule 56(a)1 Statement; and

(i)     A Memorandum of Law.


DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:     _____/s/_____
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05480
E-Mail:  richard.couture@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid, this 22nd day of December, 2004, to:

    Michael Hartsock, Inmate No. 128651
    Cheshire Correctional Institution
    900 Highland Avenue
    Cheshire, CT  06410


                              _____/s/_____
                              Richard T. Couture
                              Assistant Attorney General