UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL HARTSOCK | : | PRISONER<br>CIVIL NO. 3:03CV735 (JCH)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | DECEMBER 22, 2004 |

**AFFIDAVIT OF KEVIN DIECKHAUS, M.D., IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Kevin Dieckhaus, M.D., being first duly sworn, deposes and says:

1. I am a physician licensed to practice Medicine in the State of Connecticut since 1992.

2. I am Board Certified in Internal Medicine and Infectious Diseases.

3. My education, training and work experiences are summarized in my curriculum vitae attached hereto as Exhibit A.

4. I was employed part-time as an Infectious Disease Consultant with the Connecticut Department of Correction from January, 1998 to September, 2002. During that period of time, I conducted Infectious Disease Clinics at the Cheshire Correctional Institution ("Cheshire C.I.").

5. On June 13, 2002, I reviewed the results of lab studies that had been ordered for Mr. Michael Hartsock who was an inmate at Cheshire C.I. See attached Exhibit B.

6. At that time, I noted that Mr. Hartsock's ALT level of 52 was only slightly above normal and that he did not meet the Correctional Managed Health Care guidelines for referral for Hepatitis C treatment. See Guidelines attached hereto as Exhibit C. I noted my findings in Mr. Hartsock's chart and wrote an order for the lab tests to be repeated in December, 2002 in

accordance with accepted protocol. <u>See</u> chart entry and physician order dated 6/13/02 attached hereto as Exhibit D.

7. I ended my affiliation with the Department of Correction in September, 2002 so that I could devote more time to my practice and other duties at the University of Connecticut Health Center. Except for my review of Mr. Hartsock's lab test results on June 13, 2002, I did not have any further involvement with Mr. Hartsock's care.

8. When I scheduled Mr. Hartsock for repeat lab tests to be done in six months, I was following standard protocol which required at least two transaminase values separated by at least six months which show a level at least 1.5 times the upper normal level. <u>See</u> Exhibit C. While my involvement with Mr. Hartsock's care was very brief, my actions were appropriate and within the standard of care.

I, Kevin Dieckhaus, M.D., do hereby swear that the contents of the foregoing affidavit are true and accurate to the best of my knowledge and belief.

_____
Kevin Dieckhaus, M.D.

Subscribed and sworn to, before me, this 21st day of December, 2004.

_____
Richard T. Couture
Commissioner of the Superior Court

2

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05480
E-Mail: richard.couture@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing Affidavit of Kevin Dieckhaus, M.D., with attached exhibits, was sent by first class mail, postage prepaid, this 22nd day of December, 2004, to:

Michael Hartsock, Inmate No. 128651
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

_____
Richard T. Couture
Assistant Attorney General