UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL HARTSOCK | : | PRISONER<br>CIVIL NO. 3:03CV735 (JCH)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | DECEMBER 22, 2004 |

### AFFIDAVIT OF LYNN MILLING IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Lynn Milling, being first duly sworn, deposes and says:

1. I am a Major in the Interstate Compact Office of the Connecticut Department of Correction and have worked in the Interstate Compact Office since 1990.

2. My office facilitates the transfer of inmates to and from the State of Connecticut under the Interstate Compact Agreement.

3. Mr. Michael Hartsock was transferred to the Wallens Ridge State Prison in Virginia on April 19, 2000 and returned to the State of Connecticut on August 13, 2001. See Exhibit A to the Affidavit of Dr. Edward Blanchette.

4. While in Virginia, Mr. Hartsock requested on three separate occasions to be allowed to remain incarcerated in Virginia. See requests and my responses thereto attached hereto as Exhibit A.

5. My office did not receive any complaints from Mr. Hartsock regarding his transfer to the Wallens Ridge State Prison or the adequacy of the medical care he received at Wallens Ridge.

I, Lynn Milling, do hereby swear that the contents of the foregoing affidavit are true and accurate to the best of my knowledge and belief.

_____
Lynn Milling

Subscribed and sworn to, before me, this 22d day of December, 2004.

_____
Richard T. Couture
Commissioner of the Superior Court

|     |     |
| --- | --- |
|     | DEFENDANTS<br>John Armstrong, et al.<br><br>RICHARD BLUMENTHAL<br>ATTORNEY GENERAL |
| BY: | */s/ Richard T. Couture*<br>Richard T. Couture<br>Assistant Attorney General<br>110 Sherman Street<br>Hartford, CT  06105<br>Federal Bar #ct05480<br>E-Mail:  richard.couture@po.state.ct.us<br>Tel.: (860) 808-5450<br>Fax: (860) 808-5591 |

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Affidavit of Lynn Milling, with attached exhibit, was sent by first class mail, postage prepaid, this 22nd day of December, 2004, to:

Michael Hartsock, Inmate No. 128651
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

*/s/ Richard T. Couture*
Richard T. Couture
Assistant Attorney General

3

# EXHIBIT A

# WALLENS RIDGE STATE PRISON
## REQUEST FOR SERVICES/COMPLAINT FORM

(✓) Request for Services/Information
( ) Complaint

INTERSTATE COMPACT OFFICE

JUL 24 10:00 AM '00

Place a check (✓) next to the individual or department to whom you wish to respond to your request/complaint. Forward the form through the institutional mail. Please print your name, number, and housing unit clearly.

Inmate Name: **Michael Hartsock**  Number: **Va 281488**  Housing Unit/Cell: **C-201**

CT 128651

This request/complaint is directed to:

- ( ) Warden
- ( ) Assistant Warden of Operations
- ( ) Assistant Warden of Programs
- ( ) Chief of Security
- ( ) Treatment Program Supervisor
- ( ) Institutional Investigator
- ( ) Disciplinary Hearings Officer
- ( ) Mailroom
- ( ) Institutional Ombudsman
- ( ) Counselor (name)
- (✓) Other (name) **LYNN MILLING Interstate Compact office**

- ( ) A Building Supervisor
- ( ) B Building Supervisor
- ( ) C Building Supervisor
- ( ) D Building Supervisor
- ( ) Segregation Lieutenant
- ( ) Segregation Sergeant
- ( ) Personal Property
- ( ) Maintenance

- ( ) Medical
- ( ) Dentist
- ( ) Psychologist
- ( ) Laundry Manager
- ( ) Food Services
- ( ) Records Manager
- ( ) Business Manager
- ( ) Safety Officer

Explain the reason for your request/complaint in the space provided.
Do not add attachments. Please print clearly. Only one concern per request/complaint. Be specific.

I would like to go through your office and become a permanent Va prisoner. Major Lojoie in Northern Correctional institution said he would help. Any help in this matter will be greatly appreciated.

Inmate Signature: *Michael Hartsock*    Date: **7-15-00**

### Staff Response

Inmate Interviewed  ( ) Yes    ( ) No
Action Taken:

_____
_____
_____
_____
_____

Staff Signature _____    Date _____



**STATE OF CONNECTICUT**
*DEPARTMENT OF CORRECTION*
*OFFENDER CLASSIFICATION & POPULATION MANAGEMENT*
*INTERSTATE COMPACT OFFICE*
*1151 EAST STREET SOUTH*
*SUFFIELD, CONNECTICUT 06078*

FILE COPY

July 27, 2000

Michael Hartsock
VA #281488   CT #128651
Wallens Ridge State Prison
P. O. Box 759
Big Stone Gap, VA   24219

Dear Mr. Hartsock:

I am responding to your request to remain in Virginia as a corrections compact inmate. I realize you are from Tennessee originally, and your proximity to that state may afford opportunities for you for family contact that might not exist in Connecticut.

At this point in time, it is not possible to change your status to a compact inmate. If there is an opportunity at the time we return inmates to Connecticut, we can consider referring your case to Virginia. They would have to agree to accept you. If accepted and a transfer occurred, please note that you could be transferred to another Virginia Department of Correction facility.

If you become aware in the future that we are completing a final return of inmates to Connecticut, I suggest you write this office regarding your request.

A copy of your request will be placed in your master file and a copy forwarded to Wallens Ridge State Prison staff.

Sincerely,

Lynn Milling
Major, Interstate Compact Office

cc:   AWO Harvey, WRSP
      Lt. Saladini, CT On-Site Monitor

# WALLENS RIDGE STATE PRISON
## REQUEST FOR SERVICES/COMPLAINT FORM

( ) REQUEST FOR SERVICES/INFORMATION
( ) COMPLAINT

### INSTRUCTIONS

Place a check mark next to the individual or department to whom you wish to respond to your request/complaint. Forward the form through the institutional mail.

**PLEASE PRINT CLEARLY**

Inmate Name __Michael Hartsock 281488__ Date __1-18-01__

This request/complaint is directed to:

| | | |
|---|---|---|
| ( ) Warden | ( ) A Unit Security Supervisor | ( ) Medical Dept. |
| (✓) Assistant Warden of Operations | ( ) B Unit Security Supervisor | ( ) Dentist |
| ( ) Assistant Warden of Programs | ( ) C Unit Security Supervisor | ( ) Psychologist |
| ( ) Chief of Security | ( ) D Unit Security Supervisor | ( ) Laundry Manager |
| ( ) Treatment Program Supervisor | ( ) Personal Property | ( ) Food Services |
| ( ) Institutional Investigator | ( ) Safety Officer | ( ) Records Manager |
| ( ) Disciplinary Hearings Officer | ( ) Institutional Ombudsman | ( ) Business Manager |
| ( ) Mailroom | ( ) Maintenance Dept. | ( ) Chaplain |
| ( ) Counselor (name) _____ | | |
| ( ) Other (name) __HARVEY__ | | |

Explain the reason for your request/complaint in the space provided.
Do not add attachments. Only one issue per form. Be specific

You know I'm from Wise Co. Is there anyway I can stay at WRSP? Any help in this matter will be greatly appreciated

Inmate signature/number __Hartsock 281488__ Date __1-18-01__

**Staff Response**

Inmate Interviewed ( ) yes  ( ) no
Action Taken _____

Staff Signature __ASSISTANT WARDEN OF OPERATIONS / WALLENS RIDGE STATE PRISON__ Date _____

JAN 19 2001



# STATE OF CONNECTICUT
DEPARTMENT OF CORRECTION
OFFENDER CLASSIFICATION & POPULATION MANAGEMENT
INTERSTATE COMPACT OFFICE
1151 EAST STREET SOUTH
SUFFIELD, CONNECTICUT 06078

**FILE COPY**

February 7, 2001

Michael Hartsock
VA# 281488
CT# 128654
Wallens Ridge State Prison
P.O. Box 759
Big Stone Gap, VA 24219

Dear Mr. Hartsock:

I am responding to your letter in which you indicate you would like to remain at Wallens Ridge State Prison and not return to the Connecticut Department of Correction.

Your request will be placed in your master file. If it is possible to accommodate your request for the time period we house inmates at WRSP, or until you notify us otherwise, we will do so.

Sincerely,

Lynn Milling
Major, Interstate Compact

cc:   Asst. Warden Harvey, WRSP
      CCS, Ed Gubbins, On-Site Monitor


ICO:VA:FORMS:req to remain at wrsp

# WALLENS RIDGE STATE PRISON
# REQUEST FOR SERVICES/COMPLAINT FORM

FILE COPY

(✓) Request of Services/Information
( ) Complaint

Place a check (✓) next to the individual or department to whom you wish to respond to your request/complaint. Forward the form through the institutional mail. PLEASE PRINT YOUR NAME, NUMBER, AND HOUSING UNIT CLEARLY.

Inmate Name: Michael Hartsock   Number: CT 128651 / VA 281488   Housing Unit/Cell: C-503

This request/complaint is directed to:

( ) Warden
( ) Assistant Warden of Operations
( ) Assistant Warden of Programs
( ) Chief of Security
( ) Treatment Program Supervisor
( ) Institutional Investigator
( ) Disciplinary Hearings Officer
( ) Mailroom
( ) Institutional Ombudsman
(✓) Counselor (name) _____
(✓) Other (name) LYNN MILLING, MAJOR

( ) A Building Supervisor
( ) B Building Supervisor
( ) C Building Supervisor
( ) D Building Supervisor
( ) Segregation Lieutenant
( ) Segregation Sergeant
( ) Personal Property
( ) Maintenance

( ) Medical
( ) Dentist
( ) Psychologist
( ) Laundry Manager
( ) Food Services
( ) Records Manager
( ) Business Manager
( ) Safety Officer

Explain the reason for your request/complaint in the space provided.
DO NOT ADD ATTACHMENTS. PLEASE PRINT CLEARLY. ONLY ONE CONCERN PER REQUEST/COMPLAINT. BE SPECIFIC.

I WAS TOLD PRISONERS FROM CT ARE BEING MOVED FROM WRSP. YOU TOLD ME TO WRITE YOU, IF WE WERE BEING MOVED. I WOULD LIKE TO STAY IN THE VA SYSTEM, IF NOT WALLEN'S RIDGE, THEN GREENSVILLE VA. ANY HELP IN THIS MATTER WILL BE GREATLY APPRECIATED.

Inmate Signature: Michael Hartsock   Date: 7-23-01

## STAFF RESPONSE

Inmate Interviewed   ( ) Yes   ( ) No
Action Taken:

No response needed. All CT I/m being returned to CT at this time.

J Meg 7/30/01

Signature: _____   Date: _____