UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL HARTSOCK | : | PRISONER<br>CIVIL NO. 3:03CV735 (JCH)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | DECEMBER 22, 2004 |

### AFFIDAVIT OF BRIAN MURPHY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Brian Murphy, being first duly sworn, deposes and says:

1. I am currently the Deputy Commissioner of the Operations Division of the Connecticut Department of Correction.

2. I served as the Lead Warden of the MacDougall-Walker Correctional Institution ("M-WCI") in Suffield, Connecticut during the period May, 2001 to April, 2003.

3. Michael Hartsock (Inmate No. 128651) was an inmate at M-WCI during the period from April 5, 2000 to April 19, 2000 and again during the period from August 13, 2001 to March 7, 2002.

4. I do not recall any conversations with Mr. Hartsock although I may have seen him on occasion during my regular tours of the MacDougall-Walker Correctional Institution when I was the Lead Warden at that facility. To the best of my knowledge, Mr. Hartsock and I never had any discussion regarding Hepatitis C.

5. The Warden's Office at the MacDougall-Walker Correctional Institution has conducted an extensive search of their correspondence files and has not found any written communication from Mr. Michael Hartsock relating to Hepatitis C.

6. I was not aware that Mr. Hartsock had Hepatitis C until I was served with the complaint in this matter in August, 2003.

7. If Mr. Hartsock had communicated with me any concerns regarding his Hepatitis C or other medical issues, I would have communicated with the medical staff at M-WCI regarding those concerns. I am not a medical practitioner and I could not make any decision as to when or if treatment for Hepatitis C may be appropriate in any given case. As the Warden at M-WCI, I would typically rely on the medical advice of the physicians as to the medical condition of inmates, the need for treatment and the appropriateness of any required treatment.

I, Brian Murphy, do hereby swear that the contents of the foregoing affidavit are true and accurate to the best of my knowledge and belief.

_____  12-21-04
Brian Murphy

Subscribed and sworn to, before me, this 21st day of December, 2004.

_____
Richard T. Couture
Commissioner of the Superior Court

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05480
E-Mail: richard.couture@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

### CERTIFICATION

I hereby certify that a copy of the foregoing Affidavit of Brian Murphy was sent by first class mail, postage prepaid, this 22nd day of December, 2004, to:

Michael Hartsock, Inmate No. 128651
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

_____
Richard T. Couture
Assistant Attorney General

3