UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | PRISONER |
|---|---|---|
| MICHAEL HARTSOCK | : | CIVIL NO. 3:03CV735 (JCH)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | DECEMBER 22, 2004 |

**AFFIDAVIT OF PATRICIA OTTOLINI IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Patricia Ottolini, being first duly sworn, deposes and says:

1.      I am currently employed as the Director of Health and Addiction Services for the Connecticut Department of Correction.  In May, 2002, I held the position of Correctional Health Services Program Director.

2.      My training, experience and job responsibilities are described in my curriculum vitae attached hereto as Exhibit A.

3.      On or about May 1, 2002, Mr. Michael Hartsock sent a letter to myself, Commissioner John Armstrong, Deputy Commissioner Jack Tokarz, Warden Hector Rodriguez and Doctors Blanchette, Dieckhaus, and Maleh requesting treatment for his Hepatitis C.  See letter attached hereto as Exhibit B.

4.      Commissioner Armstrong asked me to investigate Mr. Hartsock's Hepatitis C treatment status and respond to the letter on behalf of himself, Deputy Commissioner Tokarz and Warden Rodriguez.

5.      Shortly after our receipt of this letter, Dr. Jack Maleh at the Cheshire Correctional Institution ordered a number of lab tests to evaluate Mr. Hartsock's Hepatitis C status and liver function.

6.    On May 22, 2002, I sent a letter to Mr. Hartsock noting that his blood had been drawn on May 14, 2002 to enable the medical staff at the Cheshire Correctional Institution to ascertain his current Hepatitis C status.  I also assured Mr. Hartsock that the results of the tests would be reviewed to determine a proper course of treatment.  See letter of May 22, 2002 attached hereto as Exhibit C.

7.    As discussed in the accompanying affidavits of Dr. Blanchette and Dr. Dieckhaus, Mr. Hartsock's Hepatitis C status was reviewed and followed by Dr. Dieckhaus and subsequently by Dr. James O'Halloran.  Drs. Dieckhaus and O'Halloran are highly regarded Infectious Disease Specialists who have considerable experience in evaluating and treating patients with Hepatitis C.  It is my understanding that Mr. Hartsock recently completed a forty-eight week treatment period with Pegasys and Ribavirin and that the initial results are quite encouraging.

8.    Following my response to Mr. Hartsock on May 22, 2002, the Commissioner's office does not have any record of any further communication from him.


I, Patricia Ottolini, do hereby swear that the contents of the foregoing affidavit are true and accurate to the best of my knowledge and belief.

_____
Patricia Ottolini


Subscribed and sworn to, before me, this _21st_ day of December, 2004.


_____
Richard T. Couture
Commissioner of the Superior Court

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:     _Richard Couture_____
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05480
E-Mail:  richard.couture@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing Affidavit of Patricia Ottolini, with attached

exhibits, was sent by first class mail, postage prepaid, this 22nd day of December, 2004, to:

Michael Hartsock, Inmate No. 128651
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

_Richard Couture_____
Richard T. Couture
Assistant Attorney General

3