UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL HARTSOCK | : | PRISONER<br>CIVIL NO. 3:03CV735 (JCH)(HBF) |
| v. | : | |
| JOHN ARMSTRONG, ET AL. | : | DECEMBER 22, 2004 |

### AFFIDAVIT OF KATHLEEN GARNER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Kathleen Garner, being first duly sworn, deposes and says:

1. I am the Administrative Assistant to the Warden at the Northern Correctional Institution ("NCI") in Somers, Connecticut and have held this position since 1998.

2. Larry Myers was the Warden of NCI from April, 1999 until the time of his retirement in April, 2003.

3. I have conducted an extensive search of the correspondence files in the NCI Warden's Office and cannot find any written communication from Mr. Michael Hartsock (Inmate No. 128651) to Warden Myers relating to Hepatitis C or any other subject.

I, Kathleen Garner, do hereby swear that the contents of the foregoing affidavit are true and accurate to the best of my knowledge and belief.

_____
Kathleen Garner

Subscribed and sworn to, before me, this 22d day of December, 2004.

_____
Richard T. Couture
Commissioner of the Superior Court

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05480
E-Mail:  richard.couture@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing Affidavit of Kathleen Garner was sent by first class mail, postage prepaid, this 22nd day of December, 2004, to:

Michael Hartsock, Inmate No. 128651
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

_____
Richard T. Couture
Assistant Attorney General