UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| MICHAEL HARTSOCK | : | PRISONER<br>CIVIL NO. 3:03CV735 (JCH)(HBF) |
| v. | : |  |
| JOHN ARMSTRONG, ET AL. | : | DECEMBER 22, 2004 |

### AFFIDAVIT OF PATRICIA WOLLENHAUPT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Patricia Wollenhaupt, being first duly sworn, deposes and says:

1. I have been licensed as a Registered Nurse in the State of Connecticut since 1984 and have held various nursing positions with the State of Connecticut Department of Correction since November, 1985.

2. Mr. Michael Hartsock was an inmate at the Northern Correctional Institution ("NCI") during the period March 5, 1999 to April 4, 2000. See Exhibit A to the Affidavit of Dr. Edward Blanchette.

3. In paragraph 22 of his Amended Complaint, Mr. Hartsock alleges that on one occasion when I was touring NCI in November, 1999, I stated to him that he did not look like a candidate to be treated for the Hepatitis C virus.

4. I began working at NCI in August, 1999 and would make weekly tours of the facility. I do not recall Mr. Hartsock or having any conversations with him regarding Hepatitis C. A review of the few medical chart entries that were made during the time that Mr. Hartsock was an inmate at NCI reveals that I did not make any entries in his chart. This would indicate

that I never saw Mr. Hartsock during any formal visit to the medical unit in connection with any medical issue. See NCI chart entries attached hereto as Exhibit A.

5. During the period October 29, 1999 to December 3, 1999, I was on a five week leave of absence from work. I could not have run into Mr. Hartsock at NCI during the month of November, 1999.

6. The management and treatment of Hepatitis C has been an evolving process over the years. It is a fairly complex undertaking. Only a physician can determine a patient's eligibility for Hepatitis C treatment. Since December, 2002, Hepatitis C treatment issues must be reviewed by a panel of three Infectious Disease Specialists. As a Registered Nurse, I do not have the training or the authority to make any treatment decisions regarding Hepatitis C.

I, Patricia Wollenhaupt, do hereby swear that the contents of the foregoing affidavit are true and accurate to the best of my knowledge and belief.

_____
Patricia Wollenhaupt

Subscribed and sworn to, before me, this ___ day of December, 2004.

_____
Richard T. Couture
Commissioner of the Superior Court

2

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct05480
E-Mail: richard.couture@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

### CERTIFICATION

I hereby certify that a copy of the foregoing Affidavit of Patricia Wollenhaupt, with attached exhibit, was sent by first class mail, postage prepaid, this 22nd day of December, 2004, to:

Michael Hartsock, Inmate No. 128651
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

_____
Richard T. Couture
Assistant Attorney General

3