UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| MICHAEL HARTSOCK | : | PRISONER<br>CIVIL NO. 3:03CV735 (JCH)(HBF) |
| v. | : |  |
| JOHN ARMSTRONG, ET AL. | : | DECEMBER 22, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, John Armstrong, et al., have manually filed the following documents:

1. **Attachments A through F,** Defendants' Memorandum in Support of Motion for Summary Judgment
2. **Exhibits A through R,** Affidavit of Edward Blanchette, M.D.
3. **Exhibits B and D,** Affidavit of Kevin Dieckhaus, M.D.
4. **Exhibits B and C,** Affidavit of Patricia Ottolini
5. **Exhibit A,** Affidavit of Patricia Wollenhaupt

These documents have not been filed electronically because:

[X] **Medical Records – manual filing only is ordered**
[X] the documents cannot be converted to an electronic format
[X] the electronic file size of the document exceeds 1.5 megabyte
[ ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

DEFENDANTS
John Armstrong, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____/s/_____
Richard T. Couture
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct05480
E-Mail:  richard.couture@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first class mail, postage prepaid, this 22nd day of December, 2004, to:

Michael Hartsock, Inmate No. 128651
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

_____/s/_____
Richard T. Couture
Assistant Attorney General