UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL HARTSOCK

v.

PRISONER
CASE NO. 3:03cv735 (JCH)(HBF)

JOHN J. ARMSTRONG
LARRY MYERS
BRIAN K. MURPHY
HECTOR RODRIGUEZ
PAT WOLLENHAUPT
PAMELA SHEA
P. PACE
JACK MALEH
DIECKHAUS
PATRICIA OTTOLINI
EDWARD BLANCHETTE
JACK TOKARZ

J U D G M E N T

This cause came on for consideration on cross motions for summary judgment before the Honorable Janet C. Hall, United States District Judge.

The Court has considered the motions and all the related papers. On May 10, 2005, the Court filed its Ruling Re: Defendants' Motion for Summary Judgment granting defendants' motion.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 16th day of May, 2005.

KEVIN F. ROWE, Clerk

By /s/ Donna P. Thomas
    Donna P. Thomas
    Deputy Clerk

Entered on the Docket _____